# United States Bankruptcy Court
### Eastern District of Virginia
Richmond Division

**In re:**                                           **Case Number**   14–36462–KRH
                                                     **Chapter**   13
Cynthia Huggins Holmes

          Debtor(s)

## NOTICE TO SHOW CAUSE

**TO:** *Debtor(s)*        Cynthia Huggins Holmes, 4212 Chester Village Circle
                           Chester, VA 23831

    *Attorney for Debtor(s)*   Not Represented by Attorney

    *Trustee*                   Carl M. Bates, P. O. Box 1819
                                                    Richmond, VA 23218

    *United States Trustee*     701 East Broad Street, Suite 4304, Richmond, VA, 23219

The automatic dismissal of the above−referenced case having been suspended pursuant to Local Bankruptcy Rule 1017−3;

NOTICE IS HEREBY GIVEN that a hearing will be held:

*Date:* January 28, 2015
*Time:* 12:00 PM
*Location:* Judge Huennekens – Courtroom, U. S. Bankruptcy Court, 701 E. Broad St., Rm. 5000, Richmond, VA 23219

for the debtor(s) to show cause why the case should not be converted to another chapter, or why the debtor(s) should not be held in civil contempt, or why other sanctions, including dismissal with prejudice to refiling or to the discharge in a later case of debts dischargeable in this case, should not be imposed for failure to comply with the provisions of the following Local Rule(s):

*17* – Order Granting Motion to Extend Time to File LBR 3015−2 Chapter 13 Plan and Related Motions (Related Doc # 16) Plan Due 12/31/2014. (Baumgartner, Cindy)

NOTICE IS FURTHER GIVEN that an outstanding balance of the filing fee in the amount of $<u>0.00</u> is due and owing to the Clerk of Court.

Dated:   January 7, 2015            William C. Redden, Clerk
                                    United States Bankruptcy Court

                                    By: <u>/s/Cindy Baumgartner</u>, Deputy Clerk

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                          Case No. 14-36462-KRH
Cynthia Huggins Holmes                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0422-7        User: baumgartn        Page 1 of 1        Date Rcvd: Jan 07, 2015
                            Form ID: showcaus      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 09, 2015.
db            +Cynthia Huggins Holmes,   4212 Chester Village Circle,   Chester, VA 23831-1803

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 09, 2015                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 7, 2015 at the address(es) listed below:
              Andrew Todd Rich    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for
               Wells Fargo Home Equity Asset-Backed Securities 2005-1 Trust, Home Equity Asset-Backed
               Certificates, Series 2005-1, c/o Wells Fargo Bank, N.A. bkvaecfupdates@bww-law.com
              Carl M. Bates    station01@richchap13.com,
               station10@richchap13.com;station03@richchap13.com;station07@richchap13.com;station06@richchap13.c
               om
                                                                                              TOTAL: 2